## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES BOWYER,

    Plaintiff,

v.                                      Case No.  8:12-cv-1435-T-30AEP

IN & OUT EXPRESS LUBE, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #9).  Upon review and consideration, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    This Court retains jurisdiction in this FLSA case to determine the reasonableness of Plaintiff's attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 15, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1435.dismissal 9.wpd