UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES BOWYER,**

    Plaintiff,

v.                                 Case No.  8:12-cv-1435-T-30AEP

**IN & OUT EXPRESS LUBE, INC.,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Reconsideration and Incorporated Memorandum of Law (Dkt. 11).  The Court, having reviewed the motion and being otherwise advised of the premises, concludes that the motion should be granted. According to *Anago Franchising, Inc. v. Shaz LLC*, 677 F.3d 1272 (11th Cir. 2012), the Court is divested of any jurisdiction upon the filing of a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the stipulation is self-executing. *Id.* at 1278.  "District courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction." *Id.*

It is therefore ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion for Reconsideration (Dkt. 11) is GRANTED.

2.    The Court's Order of Dismissal (Dkt. 10) is VACATED.

3.    This cause is dismissed with prejudice.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1435.mtreconsidervacatedismissal.frm